**IT IS ORDERED as set forth below:**

**Date: October 1, 2013**

_____
**Barbara Ellis-Monro
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| In re: | * | CHAPTER 7 |
| | * | |
| YANA POGUE | * | Case No. 04-91695-BEM |
| | * | |
| Debtor. | * | |
| | * | |

**ORDER ON MOTION TO DISMISS**

On August 26, 2013, Edwin K. Palmer, Trustee herein, filed a Motion to Dismiss ("Motion") in the above noted case. A Hearing on the Motion was held September 25, 2013. Present at the Hearing were Edwin K. Palmer, Trustee, and Martin P. Ochs, Esq., representing the United States Trustee. Mr. Ochs stated on record that the United States Trustee had no opposition to the Motion. Trustee having certified that he timely served a copy of the Notice of Hearing on the Debtor and all

other parties in interest, and it appearing that no objections have been filed upon the Motion, it is hereby

ORDERED that the Motion to Dismiss is GRANTED and Trustee is authorized immediately upon entry of this Order to pay to the Clerk of the United States Bankruptcy Court all monies currently held in the Estate account.

[END OF DOCUMENT]

PREPARED AND SUBMITTED BY:

/s/ Edwin K. Palmer
Edwin K. Palmer, P.C.
Chapter 7 Trustee
P.O. Box 1284
Decatur, GA 30031
(404) 479-4449

NO OPPOSITION:

/s/ Martin P. Ochs
Martin P. Ochs, Esq.
GA Bar No. 091608
Trial Attorney
United States Department of Justice
Office of the United States Trustee
75 Spring Street, S.W., Suite 362
Atlanta, GA 30303
(404) 331-4437

**Distribution List**

Office of the United States Trustee
362 Richard Russell Bldg.
75 Spring Street, SW
Atlanta, GA 30303

Martin P. Ochs, Esq.
Trial Attorney
United States Department of Justice
Office of the United States Trustee
75 Spring Street, S.W., Suite 362
Atlanta, GA 30303

R. Jeneane Treace, Esq.
U.S. Trustee
362 Richard Russell Bldg.
75 Spring Street
Atlanta, GA 30303

Milton D. Jones, Esq.
Milton D. Jones, Attorney
P.O. Box 503
Morrow, GA 30260

Yana E. Pogue
5314 Shadygrove Drive
Stone Mountain, GA 30083-2226

Yana E. Pogue
6035 Buchanan Circle
McDonough, GA 30252