

**IT IS ORDERED as set forth below:**

**Date: May 19, 2014**

_____
**Barbara Ellis-Monro
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 04-91695 |
| | : | |
| Yana E. Pogue | : | |
| | : | |
| Debtor. | : | |
| _____ | : | CHAPTER 7 |

ORDER AND NOTICE OF HEARING

IT IS ORDERED and NOTICE IS HEREBY GIVEN that a hearing on Debtor's "Petition for Payment of Unclaimed Funds" [Doc. No. 71] shall be before the undersigned on **June 25, 2014, at 10:00 AM**, COURTROOM 1402, UNITED STATES COURTHOUSE, RICHARD B. RUSSELL FEDERAL BUILDING, 75 SPRING STREET, S.W., ATLANTA, GEORGIA.

DISTRIBUTION LIST

**Yana E. Pogue**
6035 Buchanan Cir
McDonough, GA 30252-7670

**Edwin K. Palmer**
P.O. Box 1284
Decatur, GA 30031

**R. Jeneane Treace**
U.S. Trustee
362 Richard Russell Bldg.
75 Spring Street
Atlanta, GA 30303

**Yana E. Pogue**
c/o Dilks & Knopik, LLC
35308 SE Center Street
Snoqualmie, WA 98065